FRANK S. MOORE (SBN: 158029)
fsmoore@pacbell.net
LAW OFFICES OF FRANK S. MOORE, APC
235 Montgomery St., Suite 854
San Francisco, CA 94104
Telephone: (415) 292-6091
Facsimile: (415) 292-6694

THOMAS M. DISCON, T.A. LA #14219 (Admitted Pro Hac Vice)
tdiscon@disconlawfirm.com
424 N. Causeway Blvd., Ste. A
Mandeville, LA 70448
Telephone: (985) 674-9748
Facsimile: (985) 674-9749

Attorneys for Plaintiff
CEFERINO GALEON

ANDREW I. PORT (SBN: 120977)
aport@grsm.com
JAMES F. KUHNE, JR. (SBN: 251150)
jkuhne@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3157
Facsimile: (415) 986-8054

Attorneys for Defendant
APL MARINE SERVICES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEFERINO GALEON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APL MARINE SERVICES, LTD; and DOES 1-5;<br><br>　　　　　Defendants. | CASE NO. 8:17-cv-00615-JVS-KES<br><br>The Hon. James V. Selna<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT APL MARINE SERVICES, LTD.**<br><br>Complaint Filed: April 5, 2017 |

-1-　　　Case No. 8:17-cv-00615-JVS-KES
JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS OF
PLAINTIFF AGAINST DEFENDANT APL MARINE SERVICES, LTD.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff CEFERINO GALEON and Defendant APL MARINE SERVICES, LTD., through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice and without fees or costs of all claims which were asserted or which could have been asserted, by Plaintiff against Defendant APL MARINE SERVICES, LTD. in the above-captioned action, under the authority of Fed. R. Civ. Proc. 41(a)(2).

WHEREFORE, the Parties respectfully request that the Court sign and enter the Order of Dismissal set forth below dismissing Plaintiff's claims against APL MARINE SERVICES, LTD., with prejudice and without fees or costs to either party, under the authority of Fed. R. Civ. Proc. 41(a)(2).

Dated: January 25, 2019        DISCON LAW FIRM

                               By:   /s/ Thomas M. Discon
                                     THOMAS M. DISCON
                               Attorneys for Plaintiff
                               CEFERINO GALEON

Dated: January 25, 2019        GORDON REES SCULLY MANSUKHANI, LLP

                               By:   /s/ Andrew I. Port
                                     ANDREW I. PORT
                               Attorneys for Defendant
                               APL MARINE SERVICES, LTD.

**CERTIFICATION OF SIGNATURES**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                               /s/ Andrew I. Port
                               ANDREW I. PORT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff CEFERINO GALEON's claims against APL MARINE SERVICES, LTD., are dismissed with prejudice and without fees or costs to either party.

Dated: January 25, 2019  _____
   Hon. James V. Selna
   United States District Judge

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1149430/39321264v.1